USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/2/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

JAMAL BRISSETT,

                     Defendant.

----------------------------------------------------------X

19-CR-153 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court refers the defendant's April 1, 2020, bail application to Magistrate's Court.

    SO ORDERED.

Dated: New York, New York
     April 2, 2020

                                            /s/ Kimba M. Wood /
                                             KIMBA M. WOOD
                                    United States District Judge