LAW OFFICES OF

# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT 06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

February 10, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/21
```

BY CM/ECF

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    **United States v. Jamal Brissett**
       **1: 19 Cr. 153 (KMW)**

Dear Judge Wood-

    The undersigned, along with Attorneys Bobbi C. Sternheim and Alex S. Huot, who together represent Mr. Jamal Brissett in the above matter, respectfully move for a sixty (60) day continuance of the March 1, 2021 trial date previously set by the Court. The undersigned has recently received a plea agreement from the government which might resolve Mr. Brissett's matter without the need for a trial. As a result of the difficulties in scheduling private/privileged communications with the detained defendant, the undersigned requests that the current trial date be adjourned such that counsel has ample time to discuss the agreement with the defendant and notify the Court accordingly.

    The undersigned has discussed this application with Assistant United States Attorney Hagen Scotten and he informs us that the government has no objection to the defendant's request for an adjournment of trial.

    As such, counsel for the defendant respectfully requests that the trial date in this matter be adjourned until May 3, 2021 or to a date thereafter convenient to the Court and counsel.

LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

If the Court were to grant the defendant's application to continue the trial date, the defendant would have no objection to the exclusion of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(A) until the new trial date set by the Court.

*Trial is adjourned to May 3, 2021. Time is excluded through May 3, 2021, pursuant to 18 U.S.C. 3161(h)(7)(A).*

Respectfully submitted,
JAMAL BRISSETT
The Defendant

*Bruce D. Koffsky*
Bruce D. Koffsky, Esq.

BDK/me

cc: All Counsel of Record via ECF/Email

2/11/21
_____
Kimba M. Wood
SO ORDERED