UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

JAMAL BRISSETT,

                       Defendant.
-----------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/21
```

**ORDER**
19 CR 153 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing in the above-captioned case, currently scheduled for August 10, 2021, is adjourned to September 22, 2021, at 12:00 p.m., as an in-person proceeding.

    SO ORDERED.

Dated: New York, New York
       August 2, 2021

                                             /s/ Kimba M. Wood
                                             KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE