```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

              -against-                                                19 CR 153 (KMW)

                                                                      ORDER

JAMAL BRISSETT,

                    Defendant.
------------------------------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on March 23, 2021;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
        September 15, 2021

                                                                 /s/ Kimba M. Wood
                                                               KIMBA M. WOOD
                                                      UNITED STATES DISTRICT JUDGE

Copies of this Order have been forwarded to counsel for the respective parties.